CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 15 2020

JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RAFAEL GARCIA, | ) | |
|    Petitioner, | ) | Civil Action No. 7:20cv00215 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| J.C. STREEVAL, | ) | By:  Hon. Jackson L. Kiser |
|    Respondent. | ) |      Senior United States District Judge |

By order entered June 4, 2020, the court conditionally filed Garcia's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. In the conditional filing order, the court directed Garcia to either pay the filing fee, sign and return a consent to fee form, or apply to proceed *in forma pauperis*. The court advised Garcia that failure to comply with the court's order within fourteen days would result in the dismissal of the action without prejudice. Garcia did not respond to the court's order. Inasmuch as the time to respond has passed and Garcia has failed to comply with the court's order, this action is hereby **DISMISSED WITHOUT PREJUDICE**.

**ENTERED** this 15th day of July, 2020.

/s/ Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE